# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

PATRICK COLLINS, INC.,

                Plaintiff,

v.

JOHN DOES 1-6,

                Defendants.

Civil Action No. 1:12-cv-00849-PAB-MEH

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 5 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 5 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice</u>. John Doe 5 was assigned the IP Address 75.70.234.234. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                                            Respectfully submitted,

                                            By: /s/*Jason Kotzker*
                                            Jason Kotzker
                                            jason@klgip.com
                                            KOTZKER LAW GROUP
                                            9609 South University Boulevard
                                            #632134
                                            Highlands Ranch, CO 80163
                                            Phone: 303-875-5386
                                            *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker