**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**STATUS REPORT**

**1:12-cv-00399-DME-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-4, 6-9, 11, 13-16,

      Defendants.

      Plaintiff has obtained the identities of twelve Defendants. Comcast was unable to identify John Doe 4 based on the information provided. Plaintiff will dismiss John Doe 4 from the case without prejudice. Plaintiff has reached confidential settlement agreements with three of the Doe Defendants and has dismissed them from the action. Currently, no motions are pending before this Court.

**1:12-cv-00397-WJM-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-29,

      Defendants.

      Plaintiff has obtained the identities of twenty-three Defendants. Plaintiff has reached confidential settlement agreements with three of the Doe Defendants and has dismissed them from the action accordingly. Currently, no motions are pending before this Court.

**1:12-cv-00402-WYD-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 5-7, 10-11, 14-16, 19, 28,

      Defendants.

Plaintiff has obtained the identities of twenty-three Defendants. Comcast was unable to identify John Doe 6 based on the information provided. Plaintiff will dismiss John Doe 6 from this case without prejudice. Plaintiff has reached confidential settlement agreements with ten of the Defendants and has dismissed them accordingly. Additionally, Plaintiff has dismissed John Does 2, 8, 12, 21, 23-27, and 30 from the action. Currently, there are no motions pending before the Court.

**1:12-cv-00405-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1-3, 6, 9-10,

    Defendants.

Plaintiff has obtained the identities of eight Defendants. Plaintiff has reached confidential settlement agreements with two of the Defendants and has dismissed them accordingly. Additionally, Plaintiff has dismissed John Does 7 and 8 from the action. There are currently no motions pending before this Court.

**1:12-cv-00404-PAB-MEH**
PATRICK COLLINS, INC.,

    Plaintiff,
v.

JOHN DOES 3, 8, 10-11,

    Defendants.

Plaintiff has obtained the identities of nine Defendants. Plaintiff has reached confidential settlement agreements with six of the Defendants and has dismissed, or is in the process of dismissing them, from the action. There are currently no motions pending before this Court.

**1:12-cv-00406-REB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOES 1, 3-5, 7-11, 13, 15-16, 18-20, 22-27,

 Defendants.

 Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but Comcast has refused to produce any information due to the Motions to Quash which were denied without prejudice on June 4, 2012.  As these movants have been given until June 25, 2012 to re-file their Motions, Comcast will not likely produce the identities of these movants until after June 25, 2012 has passed.  Plaintiff has reached confidential settlement agreements with seven of the Defendants and has dismissed, or is in the process of dismissing them, from the action.

---

**1:12-cv-00408-PAB-MEH**
MALIBU MEDIA, LLC,

 Plaintiff,
v.

JOHN DOES 1-5, 7-9, 11-14,

 Defendants.

 Plaintiff has obtained the identities of twelve Defendants.  Qwest Communications was unable to identify John Does 6 and 13 based on the information provided to them.  Plaintiff has reached confidential settlement agreements with six of the Defendants and has dismissed them from the action.  There are currently no motions pending before this Court.

---

**1:12-cv-00407-CMA-MEH**
MALIBU MEDIA, LLC,

 Plaintiff,
v.

JOHN DOES 1-2, 6-9, 13-15,

 Defendants.

 Plaintiff has obtained the identities of twelve Defendants.  Qwest Communications was unable to identify John Doe 17 based on the information provided.  Plaintiff has reached confidential settlement agreements with eleven of the Defendants and has dismissed them, or is in the process of dismissing them, from the action.  There are currently no motions pending before this Court.

**1:12-cv-00409-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-10, 12-27,

      Defendants.

      Plaintiff has obtained the identities of twelve Defendants. Qwest Communications was unable to identify John Does 21 through 27 based on the information provided, and Comcast was unable to identify John Does 2 and 13. Plaintiff will dismiss these Defendants from the case. Plaintiff has reached confidential settlement agreements with eight of the Defendants and has dismissed them from the action accordingly. Currently, no motions are pending before this Court.

---

**1:12-cv-00834-DME-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-28,

      Defendants.

      Plaintiff has issued subpoenas to Baja Communications, Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has only obtained responses from Baja and Qwest, who have provided the identities of four Defendants. Plaintiff has yet to receive a response from Comcast. The deadline for the Comcast to respond to the subpoena was May 28, 2012. Plaintiff has reached a confidential settlement agreement with one of the Defendants and is in the process of dismissing them from the action.

---

**1:12-cv-00835-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,
v.

JOHN DOES 1-21,

      Defendants.

Plaintiff was granted leave to serve third party subpoenas on the ISPs on May 7, 2012. On May 8, 2012, Plaintiff perfected service of the subpoenas on each ISP. The response date for the subpoenas is June 22, 2012. Plaintiff has not reached settlement agreements with any of the Defendants and none of the Defendants have been dismissed from the action.

**1:12-cv-00836-MSK-MEH**
MALIBU MEDIA, LLC,

  Plaintiff,
v.

JOHN DOES 1-2, 4-10, 12, 14-23,

  Defendants.

Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but has yet to receive a response due to the Motions to Quash which were denied without prejudice on June 4, 2012. As these movants have been given until June 25, 2012 to re-file their Motions, Comcast will not likely produce the identities of these movants until after June 25, 2012 has passed. Plaintiff has reached confidential settlement agreements with four of the Defendants and has dismissed them, or is in the process of dismissing them from the action.

**1:12-cv-00837-PAB-MEH**
MALIBU MEDIA, LLC,

  Plaintiff,
v.

JOHN DOES 1-10,

  Defendants.

Plaintiff recently has obtained the identities of all ten Defendants in this matter. Plaintiff is currently discussing the matter with the Defendants to ascertain Defendants' intentions with regard to litigation or an early settlement. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

**1:12-cv-00839-PAB-MEH**
MALIBU MEDIA, LLC,

  Plaintiff,
v.

5

JOHN DOES 1-5, 7-8, 11-17,

    Defendants.

    In response to the subpoenas issued to Comcast Communications and Qwest Communications, Plaintiff has obtained the identities of fifteen Defendants. Plaintiff has reached confidential settlement agreements with two of the Defendants and has dismissed them accordingly. Currently, no motions remain pending before the Court.

---

**1:12-cv-00840-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

    Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is June 18, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00843-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-11,

    Defendants.

    Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is June 22, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00845-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-6,

       Defendants.

       In response to the subpoenas issued to Comcast Communications and Qwest Communications, Plaintiff has obtained the identities of four Defendants. Comcast was unable to produce the identity of John Doe 2 because this Defendant had filed a Motion to Quash which was denied without prejudice on June 4, 2012. As this movant was given until June 25, 2012, , Comcast will not likely produce the identities of these movants until after June 25, 2012 has passed. Plaintiff has not reached confidential settlement agreements with any of the Defendants and no Defendants have been dismissed from the case. Currently, no motions remain pending before the Court.

---

**1:12-cv-00846-WYD-MEH**
MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOES 1-6, 8-9,

       Defendants.

       In response to the subpoenas issued to Comcast Communications and Qwest Communications, Plaintiff has obtained the identities of eight Defendants. Plaintiff has reached a confidential settlement agreement with one Defendant and has dismissed them from the case accordingly. Currently, no motions remain pending before the Court.

---

**1:12-cv-00848-REB-MEH**
PATRICK COLLINS, INC.,

       Plaintiff,

v.

JOHN DOES 1-12,

       Defendants.

       Plaintiff has issued a subpoena to Comcast Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for Comcast to respond is June 21, 2012. Plaintiff has not reached a settlement with any of the Defendants and none of the Defendants have been dismissed from the action.

**1:12-cv-00849-PAB-MEH**
PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-4, 6,

      Defendants.

      In response to the subpoena issued to Comcast Communications, Plaintiff has obtained the identities of three Defendants. Comcast was unable to identify John Doe 3 based on the information provided, and withheld the identity of John Doe 6, due the Motion to Quash filed by the Defendant  This motion was denied without prejudice on June 4, 2012. As this movant has been given until June 25, 2012 to re-file his Motion, Comcast will not likely produce the identities of these movants until after June 25, 2012 has passed.  Plaintiff has reached confidential settlement agreements with two of the Defendants and has dismissed them, or is in the process of dismissing them from the action.

**1:12-cv-00885-WYD-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE,

      Defendant.

      This case is against an individual John Doe.  Plaintiff has served a subpoena on the ISP, Comcast Communications.  Defendant filed his Motion to Quash which was denied as moot on June 4, 2012.  Upon receipt of the information correlating this Defendant to the subject IP address, Plaintiff intends to serve the Defendant with the summons and Complaint.

**1:12-cv-00886-WYD-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEFF FANTALIS, BRUCE DUNN, and STEPHEN DEUS,

      Defendants.

This case was filed against three named Defendants. Plaintiff has served each Defendant with a summons and Complaint. Defendant Jeff Fantalis has filed his Answer to the Complaint and Counterclaim, which Plaintiff will file its response to by no later than June 19, 2012. Attorney Gordon Hadfield, who represents Defendant Stephen Deus, has accepted a waiver of service on behalf of his client.

Plaintiff has moved for entry of a Default against Defendant Bruce Dunn for failure to timely file his Answer to the Complaint. The clerk has advised that a default will not be entered because an affidavit concerning Defendant's military status was not included.

---

**1:12-cv-00887-REB-MEH**
PATRICK COLLINS, INC. and THIRD DEGREE FILMS,

 Plaintiffs,
v.

KHALID BOUSSETTA and ERIC RATLIFF,

 Defendants.

This case was filed against two named Defendants. Plaintiff served Defendant Boussetta with a summons and Complaint. Plaintiff has reached a confidential settlement agreement with Defendant Boussetta and has dismissed him from the case accordingly. Plaintiff remains in the process of serving Defendant Ratliff.

---

**1:12-cv-00908-MSK-MEH**
RAW FILMS, LTD.,

 Plaintiff,
v.

JOHN DOES 1-9,

 Defendants.

Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is June 22, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00909-REB-MEH**
RAW FILMS, LTD.,

>    Plaintiff,

v.

JOHN DOES 1-9,

>    Defendants.

   Plaintiff has issued subpoenas to Comcast Communications and Qwest Communications to obtain the identities of the Defendants, but has yet to receive a response. The deadline for the ISPs to respond is June 22, 2012. Plaintiff has not reached a settlement with any of the Defendants. None of the Defendants have been dismissed from the action.

---

**1:12-cv-00910-PAB-MEH**
RAW FILMS, LTD.,

>    Plaintiff,

v.

JOHN DOES 1-5, 7-9,

>    Defendants.

   In response to the subpoenas issued to Comcast Communications and Qwest Communications, Plaintiff has obtained the identities of four Defendants. Comcast was unable to provide the identities of Doe 5 based on the information provided. Comcast withheld the identities of John Does 1 and 4, due to the Motions to Quash filed by these Defendants which remain pending before the Court [Dkt. #s 16 and 17]. Plaintiff has reached a confidential settlement agreement with one Defendant and has dismissed them from the case accordingly.

---

**1:12-cv-01394-WYD-MEH**
MALIBU MEDIA, LLC,

>    Plaintiff,

v.

JOHN DOES 1-33,

>    Defendants.

   Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012. Plaintiff has served the subpoenas on CentryTel Holdings, Comcast Cable and Qwest Communications. The response date for the subpoenas is currently July 23, 2012. Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

**1:12-cv-01395-REB-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-5,

      Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012. Plaintiff has served the subpoenas on Comcast Corporation and Qwest Communications. The response date for the subpoenas is currently July 23, 2012. Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

**1:12-cv-01404-CMA-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-5,

      Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012. Plaintiff has served the subpoenas on Comcast Corporation and Qwest Communications. The response date for the subpoenas is currently July 23, 2012. Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

**1:12-cv-01405-WJM-MEH**
MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOES 1-5,

      Defendants.

Plaintiff's Motion for Leave to Serve Third Party Subpoenas has been denied and Plaintiff has been ordered to show cause why this Court should not sever Defendants 2 through 5 from the case. Plaintiff intends to file its response by no later than June 22, 2012. Until Plaintiff is granted leave to serve the ISPs with a subpoena, it cannot proceed with the case.

**1:12-cv-01406-REB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-14,

    Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012. Plaintiff has served the subpoenas on Comcast Corporation and Qwest Communications. The response date for the subpoenas is currently July 23, 2012. Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

**1:12-cv-01407-WJM-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-54,

    Defendants.

Plaintiff's Motion for Leave to Serve Third Party Subpoenas has been denied and Plaintiff has been ordered to show cause why this Court should not sever Defendants 2 through 54 from the case. Plaintiff intends to file its response by no later than June 25, 2012. Until Plaintiff is granted leave to serve the ISPs with a subpoena, it cannot proceed with the case.

**1:12-cv-01408-REB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-15,

Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012. Plaintiff has served the subpoenas on Comcast Corporation, Qwest Communications, Road Runner and US Cable. The response date for the subpoenas is currently July 23, 2012. Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

**1:12-cv-01409-CMA-MEH**
PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-10,

    Defendants.

Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012. Plaintiff has served the subpoenas on Comcast Corporation and Qwest Communications. The response date for the subpoenas is currently July 23, 2012. Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

**1:12-cv-01410-MSK**
PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-12,

    Defendants.

Plaintiff filed its Motion for Leave to Serve Third Party Subpoena which currently remains pending before the Court. Until Plaintiff is granted leave to serve the ISPs, it cannot proceed with the case. This case has not yet been assigned to Judge Hegarty despite filing the notice of case association.

**1:12-cv-01411-REB-MEH**
PATRICK COLLINS, INC.,

  Plaintiff,

v.

JOHN DOES 1-10,

  Defendants.

  Plaintiff was granted leave to serve each of the ISPs with a third party subpoena on June 5, 2012.  Plaintiff has served a subpoena on Comcast Corporation.  The response date for the subpoenas is currently July 23, 2012.  Plaintiff has not reached a settlement agreement with any of the Defendants and none of the Defendants have been dismissed.

---

**1:12-cv-01412-WJM-MEH**
PATRICK COLLINS, INC.,

  Plaintiff,

v.

JOHN DOES 1-10,

  Defendants.

  Plaintiff's Motion for Leave to Serve Third Party Subpoenas has been denied and Plaintiff has been ordered to show cause why this Court should not sever Defendants 2 through 54 from the case.  Plaintiff intends to file its response by no later than June 25, 2012.  Until Plaintiff is granted leave to serve the ISPs with a subpoena, it cannot proceed with the case.

                Respectfully submitted,

                By: /s/*Jason Kotzker*
                Jason Kotzker
                jason@klgip.com
                KOTZKER LAW GROUP
                9609 S. University Blvd. #634132
                Highlands Ranch, CO 80163
                Phone: 303-875-5386
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Jason Kotzker*