**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-6, <br><br> Defendants. | Civil Action No. 1:12-cv-00849-PAB-MEH |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF DOE 2 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action with prejudice. John Doe 2 was assigned the IP Address 50.134.129.165. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By: /s/*Jason Kotzker*
> Jason Kotzker