IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00849-PAB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-6,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2012.**

    The Unopposed Motion to Proceed Anonymously for the Limited Purpose of Filing a Motion to Drop, with Incorporated Authority [filed June 14, 2012; docket #22] filed by John Doe #6 is **granted**. Accordingly, John Doe #6 may proceed anonymously for the limited purpose of filing his Resubmitted Motion to Drop Him from the Case...[docket #23].

    In addition, the Court advises counsel for John Doe #6 that his characterization of other federal judges as "pro-pornographers" or "anti-pornographers" is neither persuasive nor appropriate. *See* docket #22 at 3.