IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00849-PAB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-6,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2012.**

    Plaintiff's First Motion for Extension of Time Within Which it has to Effectuate Service on Doe Defendants [filed August 2, 2012; docket #32] is **granted**. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff shall effect service on the remaining Defendants on or before September 3, 2012.